IN THE CIRCUIT COURT, OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

16- 2010 -CA- 0 0 1 3 2 1          -XX

CASE NO.:
DIVISION:          **DIVISION CV-H**

CAROLE GEORGE,                        3:10-cv-226-J-34 MCR

    Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, a foreign corporation,

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, Carole George, by and through her undersigned counsel, and hereby sues the Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), a foreign corporation, and alleges:

1)      This is an action for damages that exceeds $15,000.00, exclusive of interest and costs.

2)      At all material times, Plaintiff Carole George was a resident of Jacksonville, Duval County, Florida.

3)      Upon information and belief, at all material times, Defendant State Farm is and was a foreign insurance corporation licensed and doing business in Florida.

4)     On or about October 19, 2007, Oleksii Oliinyk operated a motor vehicle on J. Turner Butler Boulevard westbound near the overpass at Belfort Road in Jacksonville, Duval County, Florida.

5)     At approximately 8:05 a.m. on that date, Oleksii Oliinyk failed to use reasonable care in the operation of his motor vehicle so that he struck the vehicle being driven by Plaintiff Carole George from behind.

6)     As a direct and proximate result of the negligence of Oleksii Oliinyk as aforesaid, Plaintiff was injured in and about her body and extremities, suffered a significant and permanent loss of important bodily function and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, the expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. These losses are either permanent or continuing in nature and Plaintiff will suffer such losses and impairments in the future for medical treatment, medication, and hospitalization. Plaintiff has been required to expend diverse sums of money in an effort to cure her injuries and will be required to do so in the future.

7)     At all material and relevant times, Plaintiff Carole George maintained a policy or policies of automobile insurance through Defendant State Farm on the vehicle she was driving when the accident occurred, under which Plaintiff Carole George was a covered insured.

8)     Said policy or policies included uninsured/underinsured motorist coverage for bodily injury in the total amount of $100,000.00 per person, non-stacking. A copy of the declarations page is attached as Exhibit "A."

9)     At all material and relevant times, Oleksii Oliinyk was underinsured as defined under Section 627.727, *Florida Statutes*, and the insurance contract Plaintiff has with Defendant State

2

Farm. Defendant State Farm is therefore obligated to the Plaintiff under the terms and conditions of the uninsured motorist coverage provided within her automobile insurance policies.

WHEREFORE, Plaintiff Carole George demands judgment for damages against Defendant State Farm in an amount in excess of $15,000.00, exclusive of costs and interest in this action, and a trial by jury of all issues so triable.

DATED this 15 day of January, 2010.

SCHUTT, SCHMIDT & NOEY

RICHARD R. ALEXANDER, ESQUIRE
Florida Bar No.: 0017795
2700-C University Boulevard West
Jacksonville, Florida  32217
(904) 737-3737
Attorney for Plaintiff

Exhibit "A"

4

**State Farm®**
Providing Insurance and Financial Services
Home Office, Bloomington, Illinois 61710





June 16, 2008

Richard R. Alexander
Coker, Schickel, Sorenson & Daniel
PO. Box 1860
Jacksonville, FL 32201

Florida PIP Office
P.O. Box 9608
Winter Haven, FL 33883-9608

RE:     Claim Number:   59-Z796-581
        Our Insured:    George, Carole L.
        Date of Loss:   10/19/2007
        Your Client:    Carole George

Dear Mr. Alexander:

In response to your request, please find insurance information regarding policy number 1840-581-59 for the above date of loss on the below listed vehicle.

Year:  2003   Make/Model:  HONDA ACCORD
Vehicle Id Number:  1HGCM56663A098963

1.      The name of the insurer:
        State Farm Mutual Automobile Insurance Company

2.      The name of each insured:    Carole George

3.      Available coverage is as follows:
        A 100/300/100, P10, D200, G500, H, R1 80%/500, U3 100/300, S

        Death, Dismemberment and Loss of Sight:
        Carole George  $10,000.00

COVERAGE SYMBOL REFERENCE:
A – BI/PD Liability (BI per person/BI per accident/PD )
B – PD Liability
P – Personal Injury Coverage
C – Medical Payments Coverage
D – Comprehensive
G – Collision
H – Emergency Road Service
R – Rental Coverage
U – Uninsured Motorist – Stacking
U3 – Uninsured Motorist – Non-Stacking
S – Death, Dismemberment and Loss of Sight

4.      Policy or coverage defenses known to the Company at this time:

59-Z796-581
Page 2
June 16, 2008

      None at this time.

5.     Umbrella or excess insurance known to the Company at this time:
      None known.

An amendment to this statement will be provided should facts become known which would alter this information. I trust this disclosure of information will satisfy your request. However, should further discussion of this matter be necessary, please contact **Joanne Samarati x87100** at **(866) 537-2716**.

Under penalties of perjury, I declare that I have read the foregoing Disclosure of Information and that the facts stated in it are true, to the best of my knowledge and belief.

Sincerely,

Tania L. Kline
Team Manager

State Farm Mutual Automobile Insurance Company

Enclosure:    A copy of the policy with the applicable endorsements is enclosed.