IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAROLE GEORGE,

    Plaintiff,

v.                                  Case No.:    3:10-cv-226-J-34MCR

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, a foreign corporation,

    Defendant.

_____/

### PLAINTIFF'S NOTICE OF PROPOSAL FOR SETTLEMENT TO DEFENDANT STATE FARM

Pursuant to Rule 1.442, Florida Rules of Civil Procedure, and Florida Statutes, §768.79, the Plaintiff hereby gives notice that Plaintiff's Proposal for Settlement, has been served upon the Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by U. S. Mail this 19th day of October, 2010.

                                                THE ALEXANDER LAW PRACTICE, P.A.

                                                _____
                                                RICHARD R. ALEXANDER, ESQUIRE
                                                Florida Bar No. 0017795
                                                2700-C University Boulevard West
                                                Jacksonville, FL 32217
                                                (904) 400-6600; (904) 400-6601 Fax
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to *Laura Starrett, Esquire,* 1200 Riverplace Boulevard, Suite 640, Jacksonville, Florida 32207, via U.S. mail on this 19th day of October, 2010.

_____
ATTORNEY